```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   25 Mag. 1970-1 (UA)
     -against-                      :   ORDER
                                    :
Josue Torres                        :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

GARY STEIN, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail is modified as follows:

The following conditions are removed:

- No internet access enforced by Pretrial Services, with internet applications deleted from phone; and

- The defendant is restricted from using any standard computer device (desktop/laptop computer, smartphone, or tablet) and must allow Pretrial Services to configure/manage any device capable of internet access and approved by Pretrial Services.

The following conditions are added:

- The defendant is prohibited from accessing the internet;

- The defendant is permitted to use a smartphone approved by Pretrial Services for text messages and phone calls only; and

- The defendant must allow Pretrial Services to configure, manage, and install monitoring software on the approved device.

Dated: New York, New York
      July 1, 2025

SO ORDERED:

_____
GARY STEIN
U.S. Magistrate Judge