UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JOSUE TORRES,<br><br>               Defendant. | CASE NO.: 25 MJ 1970 (UA)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

      Before the Court are (1) Defendant Josue Torres' request to remove the condition of one financially responsible bond co-signer, and (2) the Government's application for revocation of the bail conditions previously set for Mr. Torres on June 17, 2025 as modified on July 1, 2025. Following a bail hearing today, July 21, 2025, the Court ORDERS that Defendant Josue Torres surrender to the United States Marshals at 500 Pearl Street, New York NY 10007 **no later than 12:00 p.m. on Tuesday July 22, 2025.** Failure to surrender by that time will result in the issuance of a warrant for Mr. Torres' arrest.

Dated:    New York, New York
            July 21, 2025

                                                SO ORDERED

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**